# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**ERIC K. SNYDER**
**FRANK J. JOCHER**
**MATTHEW F. MILLER**

April 28, 2005

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

MAY 3 - 2005

The Honorable John W. Bissell
United States Chief District Court Judge
Martin Luther King Jr. Federal Building and Courthouse
PO Box 0999
Newark, New Jersey 01702-0999

                              RE:   SORKIN, Peter
                              Dkt.  #2:02-CR-00592
                              Term to Expire with Monies Owed

Dear Chief Judge Bissell:

On October 15, 2001, the above-named individual was sentenced by the Honorable Janet Bond Arterton, U.S. District Judge from the District of Connecticut, after pleading guilty to Conspiracy. The offender was sentenced to six (6) months imprisonment with three (3) years of supervised release to follow. Special conditions imposed were six (6) months home confinement, restitution in the amount of $511,120.11, at a rate of $500 per month to be paid jointly and severally with defendant David Levine, 200 hours of community service, $4,000 fine at a rate of $100 per month and a special assessment of $100.00. On July 26, 2002, Your Honor accepted jurisdiction of this case based on the offender's residence in this district.

Mr. Sorkin's term of supervised release began on June 7, 2002 and is scheduled to expire on June 6, 2005. At this time we must report that the offender still has an outstanding balance owed toward his restitution in the amount of $245,066.43 and a fine balance of $2,752.06 including interest as of today. To date, Mr. Sorkin has made a satisfactory adjustment under supervision and has complied with all of his conditions of supervised release.

Unless the Court considers otherwise, we recommend that your court allow the offender's supervision term to expire as scheduled. The restitution order remains imposed as a final judgement, pursuant to Title 18, United States Code, Sections 3664 & 3613. The Financial Litigation Unit of the United State Attorney's Office - District of Connecticut, has been notified of the expiration of supervision and will continue to pursue collection of the financial obligation. If the court determines that an alternative course of action is warranted we are enclosing a petition for the Court to sign scheduling hearing.

Should the court have any questions or require additional information please contact the undersigned officer at (973) 645-4523, and we will avail ourselves at your direction.

Honorable Judge Bissell
Page 2
April 28, 2005

                    Respectfully submitted,

                    CHRISTOPHER MALONEY, Chief
                    U.S. Probation Officer

                    By: Jaclyn T. Coe
                    U.S. Probation Officer

/jtc

## Expiration of Supervision with Outstanding Restitution

### U.S. v. Peter Sorkin
### Docket No.: #2:02-CR-00592

[ X ]  Court approves of the offender's termination from supervision without further action.

[   ]  Court disapproves of the offender's termination from supervision and instructs the Probation Office to return this matter to Court for a review hearing.

                                          U.S. District Court Judge